UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. SMITH, | CV F06-1479 OWW NEW (DLB) P |
| Plaintiff, | |
| v. | ORDER DENYING MOTION FOR JURY TRIAL (Doc. 10.) |
| FRAUENHEIN, et.al., | |
| Defendants. | |

JAMES E. SMITH ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Plaintiff filed the instant action on October 23, 2006. On March 23, 2007, Plaintiff filed a Notice of Motion and Motion for Jury Trial. The Court will accept this pleading as a demand for jury trail pursuant to Fed. R. Civ. P. 38. To the extent that Plaintiff's Motion is a demand for immediate trial on his complaint it is DENIED.

The court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The court must dismiss a complaint or portion thereof if the prisoner has raised claims that are legally

1  "frivolous or malicious," that fail to state a claim upon which relief may be granted, or that seek
2  monetary relief from a defendant who is immune from such relief.  28 U.S.C. § 1915A(b)(1),(2).
3      With respect to service, the Court will, *sua sponte*, direct the United States Marshal to
4  serve the Complaint only after the Court has screened the Complaint and determined that it
5  contains cognizable claims for relief against the named Defendants.  Only after service of the
6  Complaint has occurred, an Answer filed and the completion of any discovery or dispositive
7  motions are resolved, can the Court set the matter for trial.  As the Court has yet to screen
8  Plaintiff's case, Plaintiff's request is premature and unnecessary.  Further, Plaintiff is informed
9  that the Court has hundreds of prisoner civil rights cases pending before it.  As a result, it screens
10 Plaintiff's the Complaints in the order in which they are filed.  Plaintiff can rest assured that
11 should his address with the court remain current, he will receive all orders issued in his case.
12     The Court HEREBY ORDERS:
13     1.    Plaintiff's Fed. R. Civ. P. 38 demand for a jury once this case is ready for trial is
14         noted for the record; and
15     2.    Ton the extent that Plaintiff's Motion for Jury Trial is a demand for immediate
16         trial on his complaint it is  DENIED.
17
18     IT IS SO ORDERED.
19     Dated:   **March 27, 2007**           **/s/ Dennis L. Beck**
   3b142a                                       UNITED STATES MAGISTRATE JUDGE
20
21
22
23
24
25
26
27
28