# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

JAMES E. SMITH,                                  1:06-CV-01479-OWW-NEW(DLB)-P

               Plaintiff,

      v.                                                  ORDER DENYING MOTION FOR
                                                 IMMEDIATE JURY TRIAL

                                                 (Doc. 12)
FRAUENHEIN, et.al.,

               Defendants.
_____/

     James E. Smith ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On April 12, Plaintiff filed a motion for an immediate jury trial.  For the reasons set forth in the Court's order of March 28, 2007, Plaintiff's motion is hereby DENIED.


     IT IS SO ORDERED.

     **Dated:**   **May 8, 2007**        _____**/s/ Dennis L. Beck**_____
                                    UNITED STATES MAGISTRATE JUDGE