1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

10
11
12

| | |
|---|---|
| JAMES E. SMITH, | 1:06-CV-01479-OWW-NEW(DLB)-P |
|           Plaintiff, | |
| v. | ORDER DENYING MOTIONS FOR SCHEDULING ORDER AS PREMATURE |
| | (Docs. 14, 15) |
| FRAUENHEIN, et.al., | |
|           Defendants. | |

13
14
15
16
17
18

_____/

19
20
21
22
23

     James E. Smith ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On May 31, 2007, and June 4, 2007, plaintiff filed motions for a scheduling order.  Plaintiff is directed to re-review paragraphs 8 and 12 of the First Informational Order filed on January 30, 2007.  Plaintiff's motions are premature and are hereby DENIED on that ground.

24

     IT IS SO ORDERED.

25

     **Dated:**   **June 12, 2007**          **/s/ Dennis L. Beck**

                                   UNITED STATES MAGISTRATE JUDGE

26
27
28