IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SMITH,<br><br>      Plaintiff,<br><br>    vs.<br><br>FRAUENHEIN, et al.,<br><br>      Defendants.<br>_____/ | 1:06-cv-01479-OWW-GSA (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND TIME TO FILE FIRST AMENDED COMPLAINT<br><br>(DOCUMENT #20)<br><br>30-DAY DEADLINE |

    Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On December 22, 2008, plaintiff filed a motion to extend time to "respond to the court's order."  On November 18, 2008, the court issued an order dismissing plaintiff's complaint for failure to state a claim, with leave to file an amended complaint within thirty days.  (Doc. 18.)  Plaintiff has not clearly articulated why he needs additional time to respond to the court's order, although he states he has medical problems.  Nonetheless, good cause appearing, IT IS HEREBY ORDERED that:

    Plaintiff is granted thirty (30) days from the date of service of this order in which to file an amended complaint, pursuant to the court's order of November 18, 2008.

    IT IS SO ORDERED.

Dated:  **December 23, 2008**　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE