IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SMITH,<br><br>               Plaintiff,<br><br>   vs.<br><br>FRAUENHEIN, et al.,<br><br>               Defendants.<br>_____/ | 1:06-cv-01479 GSA (PC)<br><br>ORDER DENYING MOTION FOR EMERGENCY INJUNCTION RELIEF AS MOOT<br><br>(Motion #26) |

    Plaintiff is a prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On April 3, 2009, plaintiff file a motion for Emergency Injunction Relief. In light of the fact that plaintiff's case was dismissed on February 18, 2009, the motion is DENIED AS MOOT.

    IT IS SO ORDERED.

    **Dated:   April 9, 2009**                   /s/ **Gary S. Austin**
                                                                                        UNITED STATES MAGISTRATE JUDGE